BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant MATAU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-919 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER MODIFYING IN-DISTRICT** |
| v. ) | **BOND CONDITION PRIOR TO** |
| ) | **SENTENCING DATE** |
| JULIE MATAU, AND ANDREA MATAU, ) | |
| ) | |
| Defendants, ) | Court: The Honorable Donna Ryu |
| ) | |

The parties hereby stipulate and agree as follows:

1. This matter is set for sentencing on March 27 at 2:30 p.m.;

2. Defendants Julie Matau and Andrea Matau hereby request permission to travel out of the district prior to March 27, for the purpose of visiting relatives in Southern California and Nevada prior to their sentencing date;

3. Defendants Julie Matau and Andrea Matau thus request this Court to modify the bond condition requiring them to remain in the Northern District of California between March 20 and March 26, 2012, to allow for travel throughout the state of California and to the state of Nevada;

4. In so requesting a stay of that bond condition, defendants Julie and Andrea Matau

10-919 CW; Stipulation to Modify Bond          1

| | |
|---|---|
| 1 | hereby attest that they will 1) provide Pretrial Services with an itinerary of their |
| 2 | trip, including the method and mode of transportation, proposed dates of travel, |
| 3 | and the locations they anticipate visiting, 2) keep in telephone contact with U.S. |
| 4 | Pretrial Services on a daily basis while out of the district, and provide all location |
| 5 | and contact information daily, and 3) cooperate with Pretrial Services by |
| 6 | providing any and all additional information requested by that agency regarding |
| 7 | their travel plans, travel locations, and contact information while traveling. |

5. United States Pretrial Services Officer Joshua Libby has been consulted regarding this stipulation. As indicated by his signature below, he has no objection to the proposed modification provided that the defendants promise to comply and do comply with the aforementioned conditions stated in Paragraph 4, above;

6. The government has also been consulted about this request. As indicated by the signature below, there is no opposition to the proposed modification.

IT IS SO STIPULATED.

Dated: March 20, 2012

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Julie Matau

Dated: March 20, 2012

_____/S/_____
JOSHUA COHEN
Attorney for Andrea Matau

Dated: March 20, 2012      _____/S/_____
EDWARD JOSEPH LOYA JR.
U.S. Department of Justice
Public Integrity Section, Criminal Division

Dated: March 20, 2012           /S/_____
                                JOSHUA LIBBY
                                U.S. Pretrial Services Officer.

**[PROPOSED] ORDER**

For the reasons set forth above, the bond conditions of Julie and Andrea Matau are hereby modified between March 20, 2012 and March 26, 2012 as follows:

1. The condition requiring the defendants to remain in the Northern District of California is hereby MODIFIED to include and allow travel within the entire state of California (including the Central, Southern, and Eastern Districts of California) and the state of Nevada (District of Nevada);

2. Defendants Julie Matau and Andrea Matau are required, as a condition of this modification, to 1) provide Pretrial Services with an itinerary of their trip, including the method and mode of transportation, proposed dates of travel, and the locations they anticipate visiting, 2) keep in telephone contact with U.S. Pretrial Services on a daily basis while out of the district, and provide all location and contact information daily, and 3) cooperate with Pretrial Services by providing any and all additional information requested by that agency regarding their travel plans, travel locations, and contact information while traveling;

3. This modification of bond will terminate on March 26, 2012, The defendants will be required to return to the district by March 26, 2012 and remain here thereafter.

**IT IS SO ORDERED**.

DATED: 3/23/2012                _____
                                THE HONORABLE DONNA RYU
                                UNITED STATES MAGISTRATE JUDGE

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Donna M. Ryu]*